Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–31149–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kurt N Kvist
  77 West St.
  Colonia, NJ 07067
Social Security No.:
  xxx–xx–7562
Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

  Please be advised that on January 4, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 27 – 23
Order Granting Application to Employ Maureen L. Goodman as Special Counsel (Related Doc # 23). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/4/2019. (ckk)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 4, 2019
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Kurt N Kvist
        Debtor

Case No. 18-31149-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1          Date Rcvd: Jan 04, 2019
                             Form ID: orderntc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
sp              +Maureen L. Goodman,   Palmisano & Goodman, PA,   171 Main St.,   Woodbridge,, NJ 07095-2198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2019 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Allen J. Underwood, II   on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com,
           ajunderwood@ecf.courtdrive.com
          Bruce H Levitt   on behalf of Creditor Yoerys  Fraga blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
           es@gmail.com
          Bruce H Levitt    on behalf of Creditor Henry  Fraga blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
           es@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   Federal Home Loan Mortgage Corporation, as
           Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Melissa N. Licker   on behalf of Creditor   Fay Servicing, LLC, as servicer for Citibank, N.A.,
           as trustee for CMLTI Asset Trust NJ_ECF_Notices@McCalla.com
          Melissa N. Licker   on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
           NJ_ECF_Notices@McCalla.com
          Robert C. Nisenson   on behalf of Debtor Kurt N Kvist rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 9