UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert C. Nisenson, Esq.
10 Auer Court
East Brunswick, NJ 08816
RCN6060
Attorney for Debtor.

In Re:
KURT KVIST

Debtor.

**Order Filed on January 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-31149

Chapter: 13

Judge: KCF

## ORDER AUTHORIZING RETENTION OF

Maureen L. Goodman, Esq..

The relief set forth on the following page is **ORDERED**.

**DATED: January 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____MAUREEN L. GOODMAN_____
as ___special counsel for personal injury action___ , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Palmisano & Goodman, P.A.
171 Main Street
Woodbridge, NJ 07095

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kurt N Kvist  
      Debtor

Case No. 18-31149-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 04, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2019.  
db        +Kurt N Kvist,   77 West St.,   Colonia, NJ 07067-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2019 at the address(es) listed below:

        Albert   Russo   docs@russotrustee.com  
        Allen J. Underwood, II   on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com  
        Bruce H Levitt   on behalf of Creditor Yoerys  Fraga blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
        Bruce H Levitt   on behalf of Creditor Henry  Fraga blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
        Kevin Gordon McDonald   on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Melissa N. Licker   on behalf of Creditor   Fay Servicing, LLC, as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust NJ_ECF_Notices@McCalla.com  
        Melissa N. Licker   on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust NJ_ECF_Notices@McCalla.com  
        Robert C. Nisenson   on behalf of Debtor Kurt N Kvist rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                   TOTAL: 9