**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : AmeriCredit Financial Services, Inc.
dba GM Financial
Our File No.: 48537
JM-5630

In Re:

Kurt N. Kvist

**Order Filed on April 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 18-31149 |
| Hearing Date: | 4-10-2019 |
| Judge: | KCF |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 11, 2019**

*Honorable Kathryn C. Ferguson*
*United States Bankruptcy Judge*

Upon the motion of ___AmeriCredit Financial Services, Inc. dba GM Financial___, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏ Real property more fully described as:

- ☑ Personal property more fully described as:

    2014 GMC Terrain
    Vehicle Identification Number
    2GKALMEK0E6170391

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Kurt N Kvist
    Debtor

Case No. 18-31149-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 12, 2019
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
db    +Kurt N Kvist,   77 West St.,   Colonia, NJ 07067-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
    Albert Russo   docs@russotrustee.com
    Allen J. Underwood, II   on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com
    Allen J. Underwood, II   on behalf of Plaintiff Janis Lee Doran ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com
    Bruce H Levitt   on behalf of Plaintiff Henry Fraga blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com
    Bruce H Levitt   on behalf of Creditor Yoerys Fraga blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com
    Bruce H Levitt   on behalf of Plaintiff Yoerys Fraga blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com
    Bruce H Levitt   on behalf of Creditor Henry Fraga blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com
    John R. Morton, Jr.   on behalf of Creditor Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
    Kevin Gordon McDonald   on behalf of Creditor Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Lynn Therese Nolan   on behalf of Creditor Fay Servicing, LLC ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com
    Melissa N. Licker   on behalf of Creditor Fay Servicing, LLC, as servicer for Citibank, N.A., as trustee for CMLTI Asset Trust NJ_ECF_Notices@McCalla.com
    Melissa N. Licker   on behalf of Creditor Citibank, N.A., as trustee for CMLTI Asset Trust NJ_ECF_Notices@McCalla.com
    Robert C. Nisenson   on behalf of Debtor Kurt N Kvist rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 14