**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−31149−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kurt N Kvist
   77 West St.
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−7562

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/9/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 9, 2019
JAN: bwj

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-31149-KCF
Kurt N Kvist                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: May 09, 2019
                              Form ID: 148             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
```
db          +Kurt N Kvist,    77 West St.,    Colonia, NJ 07067-2115
cr          +Americredit Financial Services, Inc., d/b/a GM Fin,     4000 Embarcadero Dr.,
              Arlington, TX 76014-4101
sp          +Maureen L. Goodman,    Palmisano & Goodman, PA,    171 Main St.,    Woodbridge,, NJ 07095-2198
517953194   +Alex Halpern and Aviya Halpern,    Wilentz, Goldman & Spitzer, P.A.,
              90 Woodbridge Center Drive, Box 10,    Woodbridge, NJ 07095-1163
517942964   +Alex and Aviya Halpern,    52 East End Ave., Apt. 15,    New York, NY 10028-8097
517832242   +Aviya Halpern,    85 East End Avenue,    New York, NY 10028-8020
517832244   +Citicards,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
517847842   +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
517955567   +Edison- Metuchen Orthopaedic Group,    Edison Spine Center, LLC,    10 Parsonage Rd.Suite 500,
              Edison, NJ 08837-2475
518026855  ++++FAY SERVICING, LLC,    GROSS POLOWY, LLC.,    2500 PLAZA FIVE STE 2548,
              JERSEY CITY NJ  07311-4026
             (address filed with court: Fay Servicing, LLC,    Gross Polowy, LLC.,    2500 Plaza 5, Suite 2548,
              Jersey City, NJ 07311)
517832245   +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517895200   +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,
              Carrollton, TX 75006-3357
517832246   +Five Star LLC,    C/O James J. Frega, Esq,    886 Belmont Avenue, Suite B,
              North Haledon, NJ 07508-2573
517832247   +GWS Contractors, Inc,    105 Fresh Ponds Road,    Jamesburg, NJ 08831-3303
517834319   +Gary Cantagallo,    249 Appletree Lane,    Mountainside, NJ 07092-1701
517832248   +Henry Fraga,    C/O Joseph V. MacMahon,    169 Ramapo Valley Rd LL-101,    Oakland, NJ 07436-2509
517832249   +Hershey Tannenbaum,    C/O Arym Center,    PO Box 180240,    Brooklyn, NY 11218-0240
517832250   +Hugh & Vicky Harris,    9 Sterling Road North,    Armonk, NY 10504-2519
517974200   +JFK Hartwyck at Oaktree,    C/O Paula G. Kaplan, Esq.,    55 Morris Avenue Suite 200,
              Springfield, NJ 07081-1422
517955566   +JFK Hospital,    65 James St.,    Edison, NJ 08820-3903
517832251   +Janis L. Doran,    C/O Snellings Law, LLC,    2001 Route 46,    Waterview Plaza, Suite 206,
              Parsippany, NJ 07054-1393
517937057    MIDDLESEX EMERG PHYS PA,    PO Box 1123,    Minneapolis, MN 55440-1123
517955565   +New Jersey Imaging Network,    10 Parsonage Road, Suite 105,    Edison, NJ 08837-2429
517832252   +PNC Bank,    PO Box 6534,    Carol Stream, IL 60197-6534
517832253   +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
517832254   +Ronald A. & Gerri E. Giller,    C/O Dreifuss Bonacci & Paker, PC,
              26 Columbia Turnpike North Entrance,    Florham Park, NJ 07932-2213
517832256    Stylecraft Corporation,    500 Broad St.,    Terre Hill, PA 17581
517832257   +William D. Sears,    2 Tanglewood Lane,    Holmdel, NJ 07733-2114
518190386   +Wilmington Savings Fund Society, FSB, d/b/a,    Selene Finance, LP,    9990 Richmond Ave.,
              Suite 400 South Attn: BK Dept,    Houston, TX 77042-4559
518190387   +Wilmington Savings Fund Society, FSB, d/b/a,    Selene Finance, LP,    9990 Richmond Ave.,
              Suite 400 South Attn: BK Dept,    Houston, TX 77042,
              Wilmington Savings Fund Society, FSB, d/ 77042-455
517944646   +Yoerys Franga and Henry Fraga,    2 Wesley Street,    Riverdale, NJ 07457-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 23:53:59     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 23:53:57      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517886970    EDI: PHINAMERI.COM May 10 2019 04:14:00      AmeriCredit Financial Services, Inc.,
              dba GM Financial,    P O Box 183853,    Arlington, TX 76096
517832241   +EDI: PHINAMERI.COM May 10 2019 04:14:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
              Po Box 183853,    Arlington, TX 76096-3853
517832243   +EDI: CITICORP.COM May 10 2019 04:14:00      Citibank/The Home Depot,    Po Box 6497,
              Sioux Falls, SD 57117-6497
517950251    E-mail/Text: jennifer.chacon@spservicing.com May 09 2019 23:55:02
              Federal Home Loan Mortgage Corporation, Et Al...,    c/o Select Portfolio Servicing,
              P.O. Box 65250,    Salt Lake City, UT 84165-0250
517949857   +E-mail/Text: ajunderwood@beckermeisel.com May 09 2019 23:53:07      Janis Lee Doran,
              c/o Allen J. Underwood II, Esq.,    Becker LLC,    354 Eisenhower Parkway, Suite 1500,
              Livingston, NJ 07039-1023
517951118   +E-mail/Text: bankruptcy@pseg.com May 09 2019 23:53:04     PSE&G,    Attn: Bankruptcy Dept.,
              PO Box 490,    Cranford, NJ 07016-0490
517832255    E-mail/Text: jennifer.chacon@spservicing.com May 09 2019 23:55:02
              Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
517834769   +EDI: RMSC.COM May 10 2019 04:14:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

```
District/off: 0312-3          User: admin               Page 2 of 2             Date Rcvd: May 09, 2019
                              Form ID: 148              Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Janis Lee Doran,    c/o Allen J. Underwood II, Esq.,   Becker LLC,   354 Eisenhower Parkway,
               Suite 1500,    Livingston, NJ 07039-1023
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Allen J. Underwood, II    on behalf of Plaintiff Janis Lee Doran ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com
              Allen J. Underwood, II    on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com
              Bruce H Levitt    on behalf of Creditor Yoerys   Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Plaintiff Yoerys   Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Creditor Henry   Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Plaintiff Henry   Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as
               Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor   Fay Servicing, LLC ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Melissa N. Licker    on behalf of Creditor   Fay Servicing, LLC, as servicer for Citibank, N.A.,
               as trustee for CMLTI Asset Trust NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
               NJ_ECF_Notices@mccalla.com
              Robert C. Nisenson    on behalf of Debtor Kurt N Kvist rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Sindi   Mncina    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 15
```